# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

PRECISION DISCOVERY, INC. f/k/a PRECISION DISCOVERY, LLC, a New York Corporation

Plaintiff,

v.

HITACHI VANTARA CORPORATION f/k/a HITACHI DATA SYSTEMS CORPORATION a Delaware Corporation,
COLD CREEK SOLUTIONS, INC., a Colorado Corporation

Defendants.

**PLAINTIFF PRECISION DISCOVERY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

COMES NOW Precision Discovery, by and through its counsel, Harris, Karstaedt, Jamison & Powers, P.C., hereby submits its corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1.

1. Fed. R. Civ. P. 7.1 requires "[a] nongovernmental corporate party" to file a disclosure statement that, *inter alia,* "identifies any parent corporation and any publicly held corporation owning 10% or more of its stock."

2. Plaintiff Precision Discovery was at all relevant times a New York Corporation with principal offices in New York.

3. Plaintiff has no parent corporation or publicly held corporation that owns more than 10% of Plaintiff's stock.

Respectfully submitted this 5th day of October, 2018.

*s/ Jamey W. Jamison*
Jamey W. Jamison
Dino G. Moncecchi
HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone:  720-875-9140
Fax:      720-875-9141
jjamison@hkjp.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this 5th day of October, 2018, I electronically filed **PLAINTIFF PRECISION DISCOVERY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Douglas H. Widgor, Esq.
Lawrence M. Pearson, Esq.
Renan F. Varghese, Esq.
Kenneth D. Walsh, Esq.
Wigdor LLP
85 Fifth Avenue
New York, New York 10003

*s/ Lorie A. Gettman*