# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Kenneth D. Walsh**
kwalsh@wigdorlaw.com

February 25, 2019

**VIA ECF**

The Honorable R. Brooke Jackson
United States District Judge
District of Colorado
901 19th Street, Courtroom A902
Denver, CO 80294

      Re:    Precision Discovery, Inc. v. Hitachi Vantara Corp. et al.;
             Civil Case No.:18-cv-02561 (RBJ)(NRN)

Dear Judge Jackson:

We represent Plaintiff Precision Discovery, Inc. and write with the consent of counsel for Defendants Hitachi Vantara Corp. and Cold Creek Solutions, Inc. (together, "Defendants") to respectfully request that any deadlines currently in place be extended by 30 days to allow the parties to finalize a settlement agreement that would resolve all of the claims associated with this action. The deadlines currently in place in this action include: 1) the deadline for Precision Discovery to answer Cold Creek's counterclaim, which is currently February 27, 2019; 2) the deadline for Precision Discovery to amend its complaint as a matter of course, which is currently February 27, 2019; and 3) the deadline for the parties to request an initial scheduling conference, which is currently March 25, 2019. See Dkt. No. 5. Once the settlement agreement is finalized, Plaintiff will seek to promptly dismiss this action. Therefore, extending the existing deadlines in this action by 30 days will save the parties the need to unnecessarily incur further expenses as they work together to resolve all of the claims in this matter.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Kenneth D. Walsh

cc:     All counsel of record (*via* ECF)