## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02561-RBJ

PRECISION DISCOVERY, INC., f/k/a
PRECISION DISCOVERY, LLC

Plaintiff,

v.

HITACHI VANTARA CORPORATION f/k/a
HITACHI DATA SYSTEMS and COLD CREEK SOLUTIONS, INC.

Defendants

---

**UNCONTESTED MOTION FOR EXTENTION OF TIME FOR DEFENDANT COLD CREEK SOLUTIONS, INC. TO ANSWER PLAINTIFF, PRECISION DISCOVERY, INC.'S AMENDED COMPLAINT**

---

Defendant, Cold Creek Solutions, Inc. ("Cold Creek") through its undersigned counsel, submits this uncontested motion and alleges as follows:

1. The attorney for Plaintiff, Precision Discovery, Inc. ("Plaintiff"), Larry M. Pearson, consented on April 10, 2019 to this motion for extension of time for Cold Creek to Answer Plaintiff's Amended Complaint. There are no other parties served in this matter and the motion is uncontested.

2. The good cause for requesting this extension of time is that there exists another lawsuit filed in the United States District Court Southern District of New York, Civil Action No 1:17-cv 06851(SHS), between the parent company of the yet-unserved

1

Co-Defendant , Hitachi Vantara Corporation f/k/a Hitachi Data Systems ("Defendant Hitachi"), namely, Hitachi Data Systems Credit Corporation ("HDSCC").

3. In the New York case, Plaintiff and HDSCC have entered into an undisclosed agreement, which may help resolve or frame the issues in this cause of action. It is most likely, that if Plaintiff resolves its issues with HDCC, it would not continue to litigate against Defendant Hitachi or Cold Creek or the putative defendant, Howard Holton.

4. Further, there is a Motion to Dismiss filed by HDSCC in regard to Plaintiff and the response to such Motion is due on April 12, 2018 and upon information and belief, the undisclosed agreement and the Motion For Summary Judgment events may substantially alter how or whether Plaintiff will proceed in litigation against Defendant Hitachi and against Cold Creek.

4. The factual issues pled regarding Defendant Hitachi and Cold Creek are practically the same and so resolution in the New York case may substantially resolve issues in this case and may modify how this case proceeds or does not proceed.

5. As a matter of judicial economy, it is in the best interests off all parties and the Court to wait until after April 30, 2018 to see if Defendant Hitachi will be served and if the issues resolved by the case in New York will resolve or alter the causes of action and defenses in this case.

WHEREFORE, Cold Creek requests an extension of 30 days to file an Answer to Plaintiff's Amended Complaint.

Respectfully submitted this 11th day of April, 2019.

*s/ Douglas Glover*
_____
Douglas Glover
Glover Law Office, LLC
3251 Riverwood Way
Castle Rock, Colorado 80109
Phone: (719) 553-7341
dmglover@comcast.net
ATTORNEY FOR COLD CREEK

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Jamey W. Jamison
Dino G. Moncecchi
Harris, Karstaedt, Jamison & Powers, PC
10333 E. Dry Creek Road, Ste 300
Englewood, Colorado 80112
Phone: 720-875-9140
Fax:     720-875-9141
jjamison@hkjp.com
dmoncecchi@hkjp.com

ATTORNEYS FOR PLAINTIFFS
*s/ Katianna Glover*
_____