**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-cv-2561-RBJ

PRECISION DISCOVERY, INC., f/k/a
PRECISION DISCOVERY, LLC,

Plaintiff,

v.

HITACHI VANTARA CORPORATION, f/k/a
HITACHI DATA SYSTEMS, COLD CREEK
SOLUTIONS, INC., and HOWARD HOLTON,
in his individual and professional capacities,

Defendants.

---

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE**

---

Plaintiff Precision Discovery, Inc., f/k/a Precision Discovery, LLC ("Precision"), with the stipulation and consent of defendants who have appeared in this action, Hitachi Vantara Corporation, f/k/a Hitachi Data Systems, and Cold Creek Solutions, Inc., and pursuant to Federal Rule of Civil Procedure 41(a)(1(ii), hereby voluntarily dismisses this action, without prejudice, with each party to bear their own attorneys' fees, costs, and expenses arising from this Civil Action.

Dated this 1st day of August, 2019 in Denver, Colorado.

*/s/ Lawrence M. Pearson*
Lawrence M. Pearson
Wigdor LLP
lpearson@wigdorlaw.com

*/s/ Jamey Jamison*
Jamey Jamison
Dino G. Moncecchi
Harris, Karstaedt, Jamison & Powers, P.C.
jjamison@hkjp.com
dmoncecchi@hkjp.com
*Attorneys for Plaintiff Precision Discovery, Inc.*


Stipulated and agreed to by:

*/s/ Christopher P. Carrington*
Christopher P. Carrington
Michael N. Mulvania
Richards Carrington, LLC
chris@richardscarrington.com
michael@richardscarrington.com
*Attorneys for Defendant Hitachi Vantara Corporation*

*/s/ Douglas Glover*
Douglas Glover
Glover Law Office, LLC
dmglover@comcast.net
*Attorneys for Defendant Cold Creek Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing **NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Lawrence M. Pearson
Wigdor LLP
lpearson@wigdorlaw.com

Jamey Jamison
Dino G. Moncecchi
Harris, Karstaedt, Jamison & Powers, P.C.
jjamison@hkjp.com
dmoncecchi@hkjp.com
*Attorneys for Plaintiff*

Douglas Glover
Glover Law Office, LLC
dmglover@comcast.net
*Attorneys for Defendant Cold Creek Solutions, Inc.*

Christopher P. Carrington
Michael N. Mulvania
Richards Carrington, LLC
chris@richardscarrington.com
michael@richardscarrington.com
*Attorneys for Defendant Hitachi Vantara Corporation*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lawrence M. Pearson*
　　　　　　　　　　　　　　　　　　　　　　　Lawrence M. Pearson